United States District Court
Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7    PHILLIP SENEGAL,                          Case No. 18-cv-03864-EMC
8                    Petitioner,
9         v.                                   **ORDER OF DISMISSAL**
                                               Docket No. 9
10   RON DAVIS,
11                   Respondent.
12
13        Phillip Senegal, currently incarcerated at San Quentin State Prison, filed a *pro se* petition
14   for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1990 conviction from
15   Alameda County Superior Court for murder and attempted murder.  Respondent has moved to
16   dismiss the petition as a second or successive petition filed without permission.  Mr. Senegal has
17   not opposed the motion to dismiss, and the deadline by which to do so has long passed.
18        The present petition is not Mr. Senegal's first federal habeas petition challenging his 1990
19   conviction.  His first federal habeas petition challenging that conviction was denied on the merits
20   on March 8, 1995 in *Senegal v. White*, N. D. Cal. Case No. C-93-1269 CAL.  The United States
21   Court of Appeals for the Ninth Circuit affirmed the district court's decision denying the petition
22   on June 25, 1996 in *Senegal v. White*, Ninth Cir. Case No. 95-15925.
23        A second or successive petition may not be filed in this court unless the petitioner first
24   obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this
25   court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).
26        Respondent's motion to dismiss due to Mr. Senegal's failure to comply with Section
27   2244(b)(3)(A) is **GRANTED**.  Docket No. 9.  Mr. Senegal has not yet obtained an order from the
28   Ninth Circuit permitting the filing of a second or successive petition.  This court will not entertain

a new petition from Mr. Senegal until he first obtains permission from the Ninth Circuit to file such a petition. This action is **DISMISSED** without prejudice to Mr. Senegal filing a petition in this Court after he obtains the necessary order from the Ninth Circuit.

If Mr. Senegal wants to attempt to obtain the necessary order from the Ninth Circuit, he should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with this order for his convenience.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 4, 2018

_____
EDWARD M. CHEN
United States District Judge